# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RONALD TINSON,
                Petitioner,

      v.

R. GROUNDS, Warden,

                Respondent.

Case No. CV 13-0968-ABC (JEM)

**J U D G M E N T**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: <u>January 10, 2014</u>

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE